In The United States District Court
For The Northern District of Illinois
Eastern Division

David C. Gevas,
    Plaintiff,

vs.

Randy Pfister,
Acosta,
Nicholson,
John R. Baldwin, and
Jane and/or John Does,
    Defendants.



17c 4260
Judge John Z. Lee
Magistrate Judge Sheila M. Finnegan
PC 2

Complaint under the Civil Rights Act Title 42 Section 1983 U.S. Code

and

28 U.S.C. Section 1367
Constitution of the State of Illinois
Failure to Intervene
Negligence, and
Violations of Rights by Statute(s), Regulation(s) and Common law



I. PLAINTIFF:
   A. NAME: DAVID C. GEVAS
   B. LIST OF ALIASES: NONE
   C. PRISONER IDENTIFICATION NUMBER: B41175
   D. PLACE OF PRESENT CONFINEMENT: Stateville Corr. Center
   E. ADDRESS: P.O. Box 112, Joliet, IL. 60434

II. DEFENDANTS:
   A. DEFENDANT: RANDY PFISTER
      TITLE: CHIEF ADMINISTRATIVE OFFICER/WARDEN
      PLACE OF EMPLOYMENT: Ill. Dept. of Corrections, Stateville Corr.

   B. DEFENDANT: . ACOSTA
      TITLE: ASSISTANT WARDEN OF SECURITY
      PLACE OF EMPLOYMENT: Ill. Dept. of Corrections, Stateville Corr.

   C. DEFENDANT: . NICHOLSON
      TITLE: ASSISTANT WARDEN OF PROGRAMS
      PLACE OF EMPLOYMENT: Ill. Dept. of Corrections, Stateville Corr.

   D. DEFENDANT: JOHN R. BALDWIN
      TITLE: DIRECTOR
      PLACE OF EMPLOYMENT: Ill. Dept. of Corrections.

EACH DEFENDANT IS SUED INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.



III. STATEMENT OF FACTS:

(1.) On or about 11/8/2016 at about 9:20 AM while Plaintiff was assigned to the Health Care Unit at Stateville, In M5138 for Treatment of a serious medical issues, part of the front of a brick fell off the backwall where the wall meets the ceiling and fell on to the metal heater spraying debris into Plaintiff's face and left eye.

(2) Following Nurse Dave used multi-purpose solution in an attempt to remove the debris from Plaintiff's left eye but this did not work.

(3) On or about 11/8/2016 Plaintiff wrote to the Eye Doctor explaining what happen and requested his left eye to be examined due to agonizing pain and irritation with his left eye.

(4) On or about 12/7/2016 according to Dr. T. Fahy eye doctor, he had to break a puss sack in Plaintiff's left eye lid to remove two objects and told Plaintiff that he must be in extreme pain and irritation and he responded yes.

(3.)

5.) On or about 12/19/2016 Dr. T. Fahy eye doctor again had to break another puss sack in Plaintiff's left eye/lid to remove more debres that continued to cause extreme pain and irratation inclusive adversly affecting daily activities and sleep from on or about 11/8/2016.

6.) Months prior to 11/8/2016, during Plaintiff's admission and stay in MSI 38 Plaintiff complained to Defendants Pfister, Acosta, and Nicholson about many pieces falling out of the walls and they deliberately and callously ignored Plaintiff pleas to create a repair order and/or move Plaintiff. In fact Defendant Acosta became a smart-alec when responding. These Defendants also ignored Plaintiff's pleas to have his sink drain fixed so the water would drain inclusive restore hot water to the Health Care Unit to wash his body daily, deliberately and callously. Also Defendant Acosta became a smart-alec when Plaintiff made his pleas for the heat to be turned on and deliberately and callously ignored.

7.) Furthermore when Plaintiff complained to Defendants Pfister, Acosta, and Nicholson about the severe infestation of roaches and the fact Plaintiff needed his room to be clean



AND FREE FROM ROACHES DUE TO NUTRAPENIC ISOLATION, IMMUNE SYSTEM COMPLICATIONS DUE TO MEDICAL TREATMENT DEFENDANTS PFISTER, ACOSTA, AND NICHOLSON IGNORED PLAINTIFF'S PLEAS WITH DELIBERATE AND CALLOUS INDIFFERENCE.

(8) DEFENDANTS PFISTER, ACOSTA, AND NICHOLSON FREQUENT THE HEALTH CARE UNIT AND WERE PUT ON NOTICE MANY TIMES OF THE HAZARDOUS CONDITIONS IN THE HEALTH CARE UNIT BUT DELIBERATELY AND CALLOUSLY IGNORED AND REFUSED TO CORRECT.

(9) DEFENDANT BALDWIN HAS BEEN ON NOTICE OF THE HAZARDOUS CONDITIONS THROUGHOUT STATEVILLE AND ITS HEALTH CARE UNIT AND DELIBERATELY AND CALLOUSLY REFUSE TO CORRECT.

(10) FOR MANY YEARS NOTHING HAS BEEN DONE TO MAINTAIN STATEVILLE AND ITS HEALTH CARE UNIT TO COMBAT THE HAZARDOUS CONDITIONS, DELIBERATELY AND CALLOUSLY.



(11) ALL DEFENDANTS INCLUDING ALL THOSE ACTING IN CONCERT WITH THEM WILL NEVER

ADMIT TO ANY WRONG DOING NO MATTER WHAT TYPE OF EVIDENCE THAT IS PROVIDED AGAINST THEM, OR EVEN THOSE INADEQUATE OR HAZARDOUS THINGS THEY KNOW OF. THEY WILL TRY TO FIND A WAY TO MANIPULATE THE FACTS, TO STEAL STATE MONEY, AND DO THE LEAST AMOUNT OF WORK POSSIBLE WHILE RECEIVING FULL PAY CHECKS AND ARE MASTER MANIPULATORS THAT DECIEVE THE PUBLIC, INMATES AND THE COURTS.

## IV. RELIEF:

12.) A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

13.) Compensatory damages as allowed by law against each defendant, jointly and severally.

14.) Punitive damages as allowed by law against each defendant.

15.) A Jury Trial on all issues triable by jury Plaintiff's cases in this suit, and any additional relief this Court deems just and proper.



Dated: 5/25/2017

David Govas, B41175
P.O. Box 112
Joliet, IL. 60434

Certification

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.

Dated: 5/25/2017

David Govas, B41175



IDOC INMATE
LEGAL MAIL



David Gevas
B41175
P.O. Box 112
Joliet, Il.
60434

**RECEIVED**
JUN 0 5 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

17c 4260
Judge John Z. Lee
Magistrate Judge Sheila M. Finnegan
PC 2

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn St, 20TH Floor
Chicago, Il. 60604


06/05/2017-105

Legal Mail