**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| David Gevas (B-41175), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 4260 |
| v. ) | |
| ) | Judge John Z. Lee |
| Randy Pfister, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

The Court has not received completed USM-285 forms required to serve Plaintiff's complaint. Plaintiff has indicated in another one of his cases (No. 17 C 3567) that he has not received a Court order that was mailed to him. Since Plaintiff is usually responsive to the Court's directives (he is a frequent filer in this Court), and giving him the benefit of the doubt that he did not receive the prior order in this case, the Clerk is directed to resend the Court's 8/22/17 order [5], along with three blank USM-285 forms. Plaintiff should complete and return the forms to the Court by December 8, 2017. The U.S. Marshal will not attempt to serve Defendants until completed forms are received. Plaintiff's failure to return completed forms and serve Defendants will result in dismissal of this case. *See* Fed. R. Civ. P. 4(m).

Date: 11/3/17                                                    /s/ John Z. Lee